UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

APR 0 8 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **4:26-cr-00162 JMD/RHH** |
| | ) | |
| SHAUN SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorney for said District, and moves the Court to order the Defendants detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1.  Defendant is charged with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1);

2.  A warrant for a supervised release violation was issued in on January 24, 2026, in case number 4:21-CR-298 SEP. On March 13, 2026, the Hon. John Bodenhausen ordered the Defendant detained relative to his supervised release revocation matter;

3.  There is a serious risk that the Defendant will flee, given the Defendant's failure to comply with supervision while on supervised release, and the potential sentence the Defendant faces in this case;

4.  Moreover, the Defendant's criminal history and the nature and circumstances of the offense charged, reflect that there is a serious danger to the community that would be posed by the Defendant's release. Further, there are no conditions or

combination of conditions that will reasonably assure the Defendant's appearance

as required

WHEREFORE, the United States requests this Court to order the Defendant detained prior

to trial.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Jennifer Szczucinski*
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney